IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| D&F SANITATION SERVICE and ROBERT L. DUNKER,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED WASTE SERVICES OF NORTH AMERICA, LLC,<br><br>Defendant. | CV 20-23-BLG-SPW-TJC<br><br>ORDER |

Upon the parties' Joint Stipulation for Dismissal (Doc. 19), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 7th day of December, 2020.

_____
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1